FILED
CLERK, U.S. DISTRICT COURT
MAR 25 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>       v.                           )<br>                                    )<br> Jalani Dejun Love,                 )<br>                                    )<br>            Defendant.              )<br>_____) | Case No. 5:23-CR-00009-SSS<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

    On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

    1.  The court finds that no condition or combination of conditions will reasonably assure:

        A.  (✓) the appearance of defendant as required; and/or

        B.  ( ) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

   A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on: _____

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: _____

IT IS ORDERED that defendant be detained.

DATED: 3/25/2024

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge