UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 5:23-cr-00009-SSS |
| Plaintiff, ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Jalani Dejun Love, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. ☑ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    ☑ information in the Pretrial Services Report and Recommendation

    ☑ information in the violation petition and report(s)

    ☐ the defendant's nonobjection to detention at this time

    ☑ other: ___no surety, recent arrest, allegation defendant absconded___

1

and/ or

B. ☐  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

☐  information in the Pretrial Services Report and Recommendation

☐  information in the violation petition and report(s)

☐  the defendant's nonobjection to detention at this time

☐  other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 03/06/2026

ANGELA C. C. VIRAMONTES
UNITED STATES MAGISTRATE JUDGE